# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                              )<br>             Plaintiff,                            )<br>                                                              )<br>vs.                                                       )<br>                                                              )<br>CHRISTOPHER HALLMARK,           )<br>                                                              )<br>             Defendant.                        )<br>_____ ) | 3:03-cr-00038-HDM-RAM<br><br>**ORDER** |

In response to the defendant's Motion for Early Termination of Supervised Release (#76), the court has modified the conditions of the defendant's supervised release to accommodate his concerns expressed in the motion. Accordingly, the defendant's motion is DENIED as moot.

IT IS SO ORDERED.

DATED: August 12, 2010.

_____
UNITED STATES DISTRICT JUDGE